**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

| | |
|---|---|
| SHELLIE L. ROGERS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 4:13-cv-01448 |
| ) | |
| BOEING AEROSPACE OPERATIONS, ) | |
| INC. and AUGUSTINE PACHECO, ) | |
| ) | |
| Defendants. ) | |

**NOTICE TO PLAINTIFF OF NOTICE OF REMOVAL**

TO:   Sedey Harper, P.C.
    Mary Anne Sedey
    Donna L. Harper
    Jessica Scales
    John D. Lynn
    2711 Clifton Avenue
    St. Louis, MO 63139
    Attorneys for Plaintiff

PLEASE TAKE NOTICE that on this 25th day of July, 2013, Defendant Boeing Aerospace Operations, Inc. caused this action to be removed to the United States District Court for the Eastern District of Missouri, Eastern Division.  A copy of the Notice of Removal is attached hereto.  This notice is being provided pursuant to 28 U.S.C. § 1446(d).

Respectfully submitted,

**OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.**

*/s/ Erin E. Williams*
Gregg M. Lemley, #44464MO
Erin E. Williams, #60935MO
7700 Bonhomme Avenue, Suite 650
St. Louis, Missouri 63105
Phone: (314) 802-3935
Facsimile: (314) 802-3936
Gregg.Lemley@ogletreedeakins.com
Erin.Williams@ogletreedeakins.com

ATTORNEYS FOR DEFENDANT

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing was mailed on July 25, 2013, via first class mail, postage prepaid, to the following:

Sedey Harper, P.C.
Mary Anne Sedey
Jessica Scales
Donna L. Harper
John D. Lynn
2711 Clifton Avenue
St. Louis, MO 63139

*/s/ Erin E. Williams*
Attorney for Defendant

15551396.1