IN THE CIRCUIT COURT FOR ST. LOUIS COUNTY
STATE OF MISSOURI

| | |
|---|---|
| SHELLIE ROGERS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Case No. 13SL-CC02276 |
| v. | ) |
| | ) Division No. 1 |
| BOEING AEROSPACE OPERATIONS, | ) |
| INC. and AUGUSTINE PACHECO, | ) |
| | ) |
| Defendants. | ) |

**NOTICE TO STATE COURT OF NOTICE OF REMOVAL**

TO:   Circuit Court of St. Louis County, State of Missouri

Please take notice that on the 25th day of July, 2013, Defendant Boeing Aerospace Operations, Inc. caused this action to be removed to the United States District Court for the Eastern District of Missouri, Eastern Division.  A copy of the Notice of Removal is attached hereto.  This notice is being provided pursuant to 28 U.S.C. § 1446(d).

Respectfully submitted,

**OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.**

_/s/ Erin Williams_
Gregg M. Lemley, # 44464
Erin E. Williams, # 60935
7700 Bonhomme Avenue, Suite 650
St. Louis, Missouri 63105
Phone: (314) 802-3935
Facsimile: (314) 802-3936
Gregg.Lemley@ogletreedeakins.com
Erin.Williams@ogletreedeakins.com

ATTORNEYS FOR DEFENDANT

## CERTIFICATE OF SERVICE

      I hereby certify that a true copy of the foregoing was mailed on July 25, 2013, via first class mail, postage prepaid, to the following:

> Sedey Harper, P.C.
> Mary Anne Sedey
> Donna Harper
> Jessica Scales
> John Lynn
> 2177 Clifton Ave.
> St. Louis, MO 63139

_____
Attorney for Defendant

15550258.1